METROPOLITAN INVESTORS SERVICE, INC., Appellant, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Executor of and Trustee under the Will of EMIL REINEKING, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1008.] Present — Close, P. J., Hagarty, Carswell and Johnston, JJ.; Adel, J., not voting.

WILLIAM R. MILLER, Appellant, v. COOSA COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL NOTO, Appellant.— Motion for reargument denied. [ See 258 App. Div. 753.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

HERMAN ROTHSCHILD et al., Suing for Themselves as Stockholders and All Other Stockholders of CHEMACID SOCIETE ANONYME in Like Situation, Respondents, v. CHEMACID SOCIETE ANONYME et al., Appellants, et al., Defendants. (Appeal No. 2.) — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1017.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ISAAK RUBINSTEIN et al., in Behalf of Themselves and All Other Persons Whose Assignors or Who Themselves Contributed Labor and Materials to the Improvement of Premises 27 and 30 Johnstone Road, Great Neck, Appellants, v. JAMAICA NATIONAL BANK OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 977.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

SIGMA CORPORATION, Respondent, v. CITY OF MOUNT VERNON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1025.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOHN P. SWEEZEY, Appellant, v. ARC ELECTRICAL CONSTRUCTION CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Is the second affirmative defense sufficient in law? [See 266 App. Div. 623.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BEN TUCKER, Doing Business as HUDSON BAY FUR COMPANY, Appellant, v. JOSEPH HONIGMAN et al., Doing Business as HUDSON CANADIAN FUR COMPANY, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 984.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LOTTIE WYKA, as Administratrix of the Estate of WLADYSLAW WYKA, Deceased, Respondent, v. JOHN BENEDICKS, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1025.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.